JAMES ROWE, Respondent, *v.* SALMON E. STEVENS, Appellant.

Where in a negotiation for the exchange of real estate a broker is employed by both parties, with notice that he is acting in the matter for the other, and with such notice each agrees to pay him his commissions, he can recover them of both.

(Argued May 30, 1873 ; decided June 10, 1873.)

THIS action was brought to recover commissions alleged to have been earned by plaintiff, as real estate broker, in effecting an exchange of certain premises owned by defendant for certain premises owned by another. The evidence tended to show that both parties placed their property in his hands, and both had notice that he was employed by the other, and with such knowledge each agreed to pay him his commissions. Plaintiff brought the parties together, and through his aid an exchange was effected. At the close of the evidence defendant moved to dismiss the complaint, upon the ground that a broker could not take a commission from both parties, which motion was denied. *Held,* no error ; that if defendant employed plaintiff and agreed to pay the commission, with notice that he was also employed and was to be paid by the other party, the agreement could be enforced.

*Ira D. Warren* for the appellant.

*C. Shafer* for the respondent.

FOLGER, J., reads for affirmance.
All concur.
Judgment affirmed.